WILL B. HULL, Appellant, *v.* ERNEST V. DUNLEVIE, Respondent.

*Hull* v. *Dunlevie*, 164 App. Div. 969, appeal dismissed.
(Argued May 16, 1917; decided June 5, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 10, 1914, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover a broker's commission for effecting a sale of certain property. The defense was that the plaintiff never procured a purchaser ready, willing and able to purchase the property at the defendant's price, or at any price, and that no sale of the property was ever in fact effected.

*Eugene M. Bartlett* for appellant.

*James McCormick Mitchell* and *Eugene Warner* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, CRANE and ANDREWS, JJ.